**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

MELANIE CUNEO; CHRISTOPHER MACKAY; and TINA McELROY,

    Plaintiffs,

vs.

PETSMART, INC.

    Defendant.

Cause No. 2:17-cv-00047-BMM

**ORDER GRANTING JOINT MOTION TO APPEAR TELEPHONICALLY FOR PRELIMINARY PRETRIAL CONFERENCE**

THIS MATTER comes before the Court on Plaintiffs Melanie Cuneo, Christopher Mackay and Tina McElroy and Defendant PetSmart, Inc.'s (collectively the "Parties") Joint Motion to Appear Telephonically for the Preliminary Pretrial Conference on October 4, 2017 at 3:00 p.m.

The Court, having reviewed the file and otherwise being fully apprised in the premises, GRANTS the Motion. The Court will contact the parties with the call-in number.

DONE this 27th day of September, 2017.

/s/ Brian Morris
Brian Morris
United States District Court Judge