# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| MELANIE CUNEO; CHRISTOPHER MACKAY; and TINA McELROY, <br><br> Plaintiffs, <br><br> vs. <br><br> PETSMART, INC. <br><br> Defendant. | Cause No. 2:17-cv-00047-BMM |

THIS MATTER comes before the Court on Plaintiffs Melanie Cuneo, Christopher Mackay and Tina McElroy and Defendant PetSmart, Inc.'s (collectively the "Parties") Joint Motion to Amend Scheduling Order (the "Motion"). The Motion is meritorious and acceptable. Therefore, IT IS ORDERED:

1. The discovery cutoff is extended up to and including June 15, 2018 for the limited purpose of allowing the Parties to complete depositions of fact witnesses; and

2. Dispositive motions are to be filed and fully briefed on or before

August 24, 2018.

DATED this 21st day of May, 2018.

Brian Morris
United States District Court Judge