IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MELANIE CUNEO; CHRISTOPHER MACKAY; and TINA MCELROY, <br><br> Plaintiffs, <br><br> v. <br><br> PETSMART, INC., <br><br> Defendant. | Cause No. 2:17-cv-00047-BMM <br><br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Attorneys for all parties having stipulated in writing to this Court that this case may be dismissed, with prejudice, each party to bear its own costs and fees incurred; IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this matter is dismissed, with prejudice, each party to bear its costs and attorney's fees incurred herein.

Dated this 4th day of December, 2018.

_____
Brian Morris
United States District Court Judge